\*\* NOT PRINTED FOR PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM H. CLOWARD, et al., | § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION No. 4-12-CV-336 |
| v. | § § | JUDGE RON CLARK |
| AURORA LOAN SERVICES LLC, et al., | § § § | |
| *Defendants.* | § | |

# FINAL JUDGMENT

This matter came before the court for trial by jury on November 4, 2013. The court empaneled a jury of seven qualified jurors. The case proceeded to trial. The court submitted the case the jury on November 6, 2013, and the Verdict of the Jury was in favor of Defendant Aurora Loan Services on all of Plaintiffs' claims. The court accepted the verdict and discharged the jury.

In accordance with the Verdict of the Jury, it is ORDERED that Plaintiffs William H. Cloward and Jeanne C. Cloward, shall take nothing, that costs be taxed against Plaintiffs, and that all relief not specifically granted here is DENIED. This is a Final Judgment disposing of the claims of all parties and is appealable.

So **ORDERED** and **SIGNED** this **8** day of **November, 2013.**

_____
Ron Clark, United States District Judge

1